# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA R. CERPA, ) | 1:11-cv-01411 GSA |
|     Plaintiff, ) | |
|     v. ) | **ORDER SETTING HEARING ON MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |
| MICHAEL ASTRUE, Commissioner of Social Security, ) | |
|     Defendant. ) | |

      Plaintiff Victoria R. Cerpa ("Plaintiff") commenced this action by filing a complaint regarding the denial of Social Security benefits on August 19, 2011. (Doc. 3.)

      On March 8, 2012, Plaintiff's counsel, Denise Bourgeois Haley, filed a Motion to Withdraw as Attorney of Record in this matter. The motion was served on Plaintiff via United States Mail at 4531 E. Madison Avenue in Fresno, California 93727. (Doc. 13.)

      In light of the foregoing, this Court SETS the motion for hearing on **April 13, 2012, at 10:00 a.m. in Courtroom 10** before the undersigned. Plaintiff SHALL personally appear at the hearing on the motion. The Clerk of the Court is directed to serve a copy of this order on Plaintiff via United States Mail.

      IT IS SO ORDERED.

      Dated:   **March 9, 2012**          /s/ **Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE