IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA R. CERPA, ) | 1:11-cv-1411 GSA |
| ) | |
| ) | ORDER TO SHOW CAUSE |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

On August 19, 2011, Plaintiff, through counsel, Ms. Denise Haley, filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of her application for benefits. On March 24, 2009, the Court issued a Scheduling Order. (Doc. 7). The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint. The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days. Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief.

On or about December 19, 2011, Defendant lodged the administrative record. (Doc. 11). On March 8, 2012, prior to filing the opening brief, Plaintiff's counsel filed a Motion to Withdraw as

1

1  Counsel.  Plaintiff did not oppose the motion, nor did she attend the hearing.  The Court granted Ms.
2  Haley's motion on April 16, 2012. (Doc. 16).  As part of the order, Plaintiff was directed to file her
3  opening brief no later than June 15, 2012.  (Doc. 16).[1]  To date, Plaintiff has failed to file her
4  opening brief.
5       Therefore, Plaintiff is ordered to show cause why the action should not be dismissed for
6  failure to comply with the court's April 16, 2012, order.  Plaintiff is ORDERED to file a written
7  response to this Order to Show Cause WITHIN twenty (20) days of the date of this Order.  If
8  Plaintiff desires more time to file the brief, Plaintiff should so state in her response.
9       Failure to respond to this Order to Show Cause within the time specified will result in
10 dismissal of this action.

14     IT IS SO ORDERED.

15        Dated:   **June 19, 2012**            **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The order was served on Plaintiff at her last known address as reported by Ms. Haley, however, it was returned as undeliverable on April 23, 2012.

2